UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED CLERKS OFFICE
2004 NOV 22 P 3:56
U.S. DISTRICT COURT DISTRICT OF MASS.

| | |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, Plaintiff | 04-12455 RWZ |
| v. | MAGISTRATE JUDGE Collings |
| CENTRAL SPRINKLER COMPANY, and TYCO INTERNATIONAL (US) INC., Defendants | CIVIL ACTION NO. |

RECEIPT # 60293
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. FOM
DATE 11/22/04

**NOTICE OF REMOVAL**

Defendants Central Sprinkler Company and Tyco International (US) Inc., pursuant to 28 U.S.C. § 1441 and § 1446, jointly remove the civil action commenced against them in the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Essex Division by Plaintiff The Great Hill Cooperative Homeowners Corporation where it is captioned as The Great Hill Cooperative Homeowners Corporation v. Central Sprinkler Company & Tyco International (U.S.), Inc., Civil Action No. ESCV2004-02006-B, to the United States District Court for the District of Massachusetts, Eastern Division, which is the district and division embracing the place where such action is now pending, for the following reasons:

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 and § 1446. There is complete diversity of citizenship between the parties, none of the defendants is a citizen of the Commonwealth of Massachusetts, and Plaintiff The Great Hill Cooperative Homeowners

Corporation ("Great Hill") claims damages in an amount reasonably probable to exceed of seventy-five thousand dollars ($75,000) exclusive of interests and costs.

2. Great Hill commenced this breach of warranty and declaratory judgment action on or about November 2, 2004 against Central Sprinkler Company ("Central Sprinkler") and Tyco International (US) Inc. ("Tyco") claiming that Central Sprinkler and Tyco are jointly and severally liable for property damage caused by breaches of warranty with respect to the sale of sprinkler heads in violation of Massachusetts General Laws ch. 106, § 2-314.

3. Defendants first received notice of Great Hill's action by service or otherwise through their receipt of a copy of the summons and complaint that was served upon CT Corporation System, 101 Federal Street, Boston, Massachusetts 02110 on November 5, 2004, less than thirty days from the date of this Notice.

4. The plaintiff Great Hill is a citizen of Essex County, Commonwealth of Massachusetts because it is a Massachusetts corporation with its principal place of business at One Great Hill Drive, Topsfield, Essex County, Massachusetts. The defendant Central Sprinkler is a citizen of the State of Pennsylvania because it is a Pennsylvania business corporation with its principle place of business at 451 North Cannon Avenue, Landsdale, Montgomery County, Pennsylvania. The defendant Tyco is a citizen of the State of Nevada and the State of New Jersey because it is a Nevada business corporation with its principle place of business at 9 Roszel Road, Princeton, New Jersey. See 28 U.S.C. § 1332(c)(1).

5. Great Hill claims damages of an amount in controversy that exceeds $75,000.00 exclusive of interest and costs because Great Hill claims monetary damages of $125,000.00 as certified on the Civil Action Cover Sheet filed by Great Hill in Essex Superior Court, a copy of which is attached to this Notice of Removal.

6. Both defendants join in this Notice of Removal.

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, Defendants attach to this Notice of Removal at Exhibit A true copies of Great Hill's complaint and all process, pleadings and orders served upon Defendants and a copy of all docket entries of the Essex Superior Court.

Respectfully submitted,

CENTRAL SPRINKLER COMPANY

TYCO INTERNATIONAL (US) INC.

by their attorney,

Matthew J. Walko
BBO. No. 562172

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: November 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to Fed. R. Civ. P. 5 and 28 U.S.C. § 1446(d) that a true copy of this Notice of Removal was served upon counsel of record for all adverse parties and a true copy of this Notice of Removal was served for filing with the Clerk of the Trial Court of Massachusetts, Superior Court Department, Essex Division at Newburyport by first class and certified mail, postage prepaid on this the 19th day of November, 2004, as follows:

Thomas J. Barrett, Esq.
314 Essex Street
Salem, Massachusetts 01970

Civil Clerk
Trial Court of Massachusetts
Essex Superior Court
High Street
Newburyport, Massachusetts 01950

Matthew J. Walko
BBO. No. 562172

JS 44 (3/99)
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM).

FILED
CLERKS OFFICE

**I.(a) PLAINTIFFS**

The Great Hill Cooperative Homeowners Corporation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Essex, Massachusetts
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

Central Sprinkler Company
Tyco International (U.S.), Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION TRACT OF LAND INVOLVED

(C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas J. Barrett (BBO 030960)
314 Essex Street, Salem, MA 01970
978-745-0745

ATTORNEYS (IF KNOWN)

Matthew J. Walko(BBO 562172)
Smith & Duggan LLP, Two Center Plaza, Suite 620,
Boston, MA 02108-1906
617-228-4400

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. GOVERNMENT PLAINTIFF
☐ 3 FEDERAL QUESTION (U.S. Government Not a Party)
☐ 2 U.S. GOVERNMENT DEFENDANT
☒ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (*PLACE AN "X" IN ONE BOX ONLY*)

**CONTRACTS**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholder's Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury – Med. Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage – Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food and Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawl 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease and Ejectment
☐ 240 Torts to Land
☒ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Order
☐ 550 Civil Rights
☐ 555 Prisoner Conditions

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc Security Act

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

**V. ORIGIN** (*PLACE AN "X" IN ONE BOX ONLY*)

☐ Original Proceeding
☒ Removal from State Court
☐ Remanded from Appellate Court
☐ Reinstated or Reopened
☐ Transfer from another district (specify)
☐ Multidistrict Litigation
☐ Appeal to District Judge from Mag. Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Breach of warranty and declaratory judgment diversity jurisdiction action 28 USC 1332 alleging joint and several liability for damage to property caused by defective sprinklers.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $125,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (SEE INSTRUCTIONS) N/A
JUDGE ____________ DOCKET NUMBER ____________

DATE November 19, 2004
SIGNATURE OF ATTORNEY OF RECORD Matthew J Walko

FOR OFFICE USE ONLY

RECEIPT # ________ AMOUNT ________ APPLYING IFB ________ JUDGE ________ MAG. JUDGE ________

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-12455 RWZ

1. Title of case (name of first party on each side only) The Great Hill Coop. Homeowners Corp. v. Central Sprinkler Company

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ] NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES [ ] NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ] NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ] NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES [X] NO [ ]

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division [X] Central Division [ ] Western Division [ ]

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [ ] Central Division [ ] Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES [ ] NO [X]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Matthew J. Walko (BBO #562172)

ADDRESS Smith & Duggan LLP, Two Center Plaza, Suite 620, Boston, MA 02108-1906

TELEPHONE NO. 617-228-4400

(Coversheetlocal.wpd - 10/17/02)

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION | CENTRAL SPRINKLER COMPANY TYCO INTERNATIONAL (US), INC |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Thomas J. Barrett 314 Essex St., Salem, MA. 01970 Board of Bar Overseers number: 030960 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:

- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| 305 | D08 | ( A ) | ( X ) Yes ( ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

**TORT CLAIMS**

(Attach additional sheets as necessary)

A. Documented medical expenses to date:

1. Total hospital expenses .......... $..........
2. Total Doctor expenses .......... $..........
3. Total chiropractic expenses .......... $..........
4. Total physical therapy expenses .......... $..........
5. Total other expenses (describe) .......... $..........

Subtotal $..........

B. Documented lost wages and compensation to date .......... $..........

C. Documented property damages to date .......... $ 25,000.00

D. Reasonably anticipated future medical and hospital expenses .......... $..........

E. Reasonably anticipated lost wages .......... $..........

F. Other documented items of damages (describe)
Replacement of all defective sprinkler heads and repairs to property $100,000.00

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff's real property and buildings have been damaged from time to time by Defendants' defective sprinkler system and defective heads which have caused great property loss and damage. All heads need to be replaced and reinstalled. $..........

TOTAL $ 125,000.00

**CONTRACT CLAIMS**

(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record [signature] DATE:

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss Superior Court

THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, Plaintiff

v.

CENTRAL SPRINKLER COMPANY And TYCO INTERNATIONAL (U.S.), INC., Defendants

COMPLAINT

## I. PARTIES

1. The Plaintiff is The Great Hill Cooperative Homeowners Corporation, a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, having an usual place of business at One Great Hill Drive, Topsfield, Essex County, Massachusetts (hereinafter "Great Hill"). It is a housing cooperative entity.

2. The Defendant is Central Sprinkler Company, a corporation duly organized and existing under the laws of the State of Pennsylvania, having an usual place of business at 451 North Cannon Avenue, Lansdale, Pennsylvania. Said Corporation is a registered foreign corporation in the Commonwealth of Massachusetts having a Registered Agent, CT Corporation System, 101 Federal Street, Boston, Suffolk County, Massachusetts, (hereinafter "Central").

3. The Defendant is TYCO International (US) Inc., a corporation duly organized and existing under the laws of the State of Nevada, having an usual place of business at 1 Tyco Park, Exeter, New Hampshire. Said Corporation is a registered foreign corporation in the Commonwealth of Massachusetts, having as its Registered Agent, CT Corporation System, 101 Federal Street, Boston, Suffolk County, Massachusetts (hereinafter, "TYCO").

## II. BACKGROUND

4. The Plaintiff is the record title property owner of land and residential buildings in Topsfield, Massachusetts. The individual units of housing at said property are units which are individually occupied by owners of shares of stock in said Corporation. Each owner as an incident of the ownership of said share of stock has a Residency Agreement for his or her or their individual unit and said Residency Agreement is recorded in a Notice of Lease at Essex South District Registry of Deeds.

5. In construction of the buildings and units from 1995 through 1998, the original developer, Bradman Great Hill Corporation had installed in all buildings a dry sprinkler system as required by the Town of Topsfield.

6. The fire sprinkler system and heads as installed were manufactured and supplied by the Defendant Central.

7. Many of the sprinkler heads in the sprinkler system in the 19 buildings at Great Hill have proven to be faulty and defective and have caused major leaks and flooding in certain units causing great damage. The Plaintiff has been caused to replace and repair sprinkler heads and damage to units as well as repair and replace damaged personal property in said units. The incidents regarding the sprinkler heads and the attendant damage continue to occur to this day and continue to cause the Plaintiff great damage. Future losses and damages are expected and are reasonable to anticipate and assume. There are at least 1,440 sprinkler heads at Great Hill manufactured and distributed by the Defendants.

8. The Defendant Central became part of the Defendant TYCO and more specifically is part of TYCO's Fire Products Group.

9. Central has acknowledged defects in the O rings in 35 million of its fire sprinklers and has initiated a voluntary program for replacement of sprinklers. The Plaintiff asserts the Defendant Central was negligent in the design, manufacture, inspection and installation of said sprinkler heads.

COUNT ONE
BREACH OF WARRANTY

10. The Plaintiff restates and re-alleges the contents of Paragraphs 1-9 above.

11. The Plaintiff has suffered losses in many of its residential units at its property in Topsfield, Massachusetts due to breach by the Defendant Central of its express and implied warranties for its sprinkler system and head as installed at Plaintiff's property.

12. The failures of Defendant Central's equipment constitutes multiple breaches of the implied warranty for goods of that kind and are thus in violation of Mass.Gen.Law Ch. 106, s. 2-314.

13. The failures of Defendant Central's equipment constitute multiple breaches of the express warranties for such goods.

14. The Defendant TYCO is jointly and severally responsible as the parent company of Central.

COUNT TWO
DECLARATION OF RIGHTS

15. The Plaintiff restates and re-alleges the contents of Paragraphs 1-14 above.

16. An actual controversy between the parties has arisen requiring a declaration by this Honorable Court of the rights, duties, status and other legal relations between them as they relate to the sprinkler system and equipment installed at Plaintiff's property.

WHEREFORE, the Plaintiff demands:

1. Judgment against the Defendants Central and TYCO in the amount of damages caused by Defendants' defective sprinkler system and equipment to date;

2. Judgment against the Defendants Central and TYCO requiring them to replace all sprinkler head and equipment at Plaintiff's property and be responsible for all consequential repairs and damages caused thereby;

3. A Declaration of Plaintiff's rights with respect to Defendants Central and TYCO with respect to the sprinkler system and equipment installed at Plaintiff's property.

4. Such other and further relief as this Honorable Court deems meet and appropriate.

The Plaintiff hereby demands a Trial by Jury.

GREAT HILL COOPERATIVE
HOMOWNERS CORPORATION,
By its attorney,

Thomas J. Barrett

Thomas J. Barrett
BBO # 030960
314 Essex Street
Salem, MA 01970
978-745-0745

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.
2006

The Great Hill Cooperative Homeowners Corporation, Plaintiff(s)



v.

Central Sprinkler Company and TYCO International (U.S.) Inc., Defendant(s)

## SUMMONS

To the above named Defendant: Central Sprinkler Company

You are hereby summoned and required to serve upon Thomas J. Barrett, Esquire, plaintiff's attorney, whose address is 314 Essex Street, Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Newburyport either before service upon plaintiff's attorney or within a reasonable time thereafter.
High Street, Newburyport, MA 01950

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse
WITNESS, SUZ~~ANNE V. DelVECCHIO~~, Esquire, at Salem, the 5th day of November, in the year of our Lord two thousand four

Thomas H. Driscoll Jr.
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.

1 2006

The Great Hill Cooperative Homeowners Corporation, Plaintiff(s)



v.

Central Sprinkler Company and TYCO International (U.S.) Inc., Defendant(s)

## SUMMONS

To the above named Defendant: TYCO International (U.S.) Inc.

You are hereby summoned and required to serve upon Thomas J. Barrett, Esquire, plaintiff's attorney, whose address is 314 Essex Street, Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Newburyport High Street, Newburyport, MA 01950 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse

WITNESS, ~~SUZANNE V. DelVECCHIO~~, Esquire, at Salem, the 5th day of November, in the year of our Lord two thousand four

Thomas H. Driscoll Jr.
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

**C mmonwealth of Massachus s**
**County of Essex**
**The Superior Court**

CIVIL DOCKET# **ESCV2004-02006-B**

RE: **The Great Hill Cooperative Homeowners Corporation v Central Sprinkler Company et al**

TO:Thomas J Barrett, Esquire
314 Essex Street
Salem, MA 01970

**TRACKING ORDER - A TRACK**

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 01/31/2005 |
| Response to the complaint filed (also see MRCP 12) | 04/01/2005 |
| All motions under MRCP 12, 19, and 20 filed | 04/01/2005 |
| All motions under MRCP 15 filed | 01/26/2006 |
| All discovery requests and depositions completed | 12/22/2006 |
| All motions under MRCP 56 served and heard | 02/20/2007 |
| Final pre-trial conference held and firm trial date set | 06/20/2007 |
| Case disposed | 11/02/2007 |

The final pre-trial deadline is **not the scheduled date of the conference.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session **B** sitting **in CtRm 1 (Newburyport), Essex Superior Court.**

Dated: 11/02/2004

Thomas H. Driscoll Jr.
Clerk of the Courts

BY: JoDee Doyle - Sheila Gaudette
Assistant Clerk

Location: CtRm 1 (Newburyport)
Telephone: (978) 462-4474

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

Check website for status of case: **http://ma-trialcourts.org/tcic**
cvdtraca_2.wpd 507407 trkset hinchion

**Com...onwealth of Massachuset**
**ESSEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**

# The Great Hill Cooperative Homeowners Corporation v Central Spri

Details for Docket: ESCV2004-02006

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | ESCV2004-02006 | **Caption:** | The Great Hill Cooperative Homeowners Corporation v Central Spri |
| **Filing Date:** | 11/02/2004 | **Case Status:** | Needs review for service |
| **Status Date:** | 11/02/2004 | **Session:** | Civil-CtRm 1 (Newburyport) |
| **Lead Case:** | NA | **Case Type:** | Most |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 12/22/2006 |
| **Service Date:** | 01/31/2005 | **Disposition:** | 11/02/2007 |
| **Rule 15:** | 01/26/2006 | **Rule 12/19/20:** | 04/01/2005 |
| **Final PTC:** | 06/20/2007 | **Rule 56:** | 02/20/2007 |
| **Answer Date:** | 04/01/2005 | **Jury Trial:** | YES |

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | ESCV2004-02006 | **Caption:** | The Great Hill Cooperative Homeowners Corporation v Central Spri |
| **Filing Date:** | 11/02/2004 | **Case Status:** | Needs review for service |
| **Status Date:** | 11/02/2004 | **Session:** | Civil-CtRm 1 (Newburyport) |
| **Lead Case:** | NA | **Case Type:** | Minority stockholder suit |

**Tracking Deadlines**



| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 12/22/2006 |
| **Service Date:** | 01/31/2005 | **Disposition:** | 11/02/2007 |
| **Rule 15:** | 01/26/2006 | **Rule 12/19/20:** | 04/01/2005 |
| **Final PTC:** | 06/20/2007 | **Rule 56:** | 02/20/2007 |
| **Answer Date:** | 04/01/2005 | **Jury Trial:** | YES |



## Parties Involved

3 Parties Involved in Docket: ESCV2004-02006

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | efendant |
| **Last Name:** | Central Sprinkler Company | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Tyco International (U.S.), Inc. | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | The Great Hill Cooperative Homeowners Corporation | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

1 Attorneys Involved for Docket: ESCV2004-02006

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Barrett | **First Name:** | Thomas J |
| **Address:** | 314 Essex Street | **Address:** | |
| **City:** | Salem | **State:** | MA |
| **Zip Code:** | 01970 | **Zip Ext:** | |
| **Telephone:** | 978-745-0745 | **Tel Ext:** | |
| **Fascimile:** | 978-741-9958 | **Representing:** | The Great Hill Cooperative Homeowners Corporation, (Plaintiff) |

## Calendar Events

No Calendar Events found for Docket: ESCV2004-02006.

There are currently no calendar events associated with this case.

## Full Docket Entries

4 Docket Entries for Docket: ESCV2004-02006

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 11/02/2004 | 1 | Complaint & civil action cover sheet filed |
| 11/02/2004 | | Origin 1, Type D08, Track A. |
| 11/09/2004 | 2 | SERVICE RETURNED: Tyco International (U.S.), Inc.(Defendant) |
| 11/09/2004 | 3 | SERVICE RETURNED: Central Sprinkler Company(Defendant) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION ,

Plaintiff

v.

CENTRAL SPRINKLER COMPANY,

and

TYCO INTERNATIONAL (US) INC.,

Defendants

CIVIL ACTION NO.

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel for the defendants:

Central Sprinkler Company, and

TYCO International (US) Inc.

Respectfully submitted,

Matthew J. Walko
BBO. No. 562172

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (~~each party appearing pro se and~~) the attorney of record for each other party by mail (~~by hand~~) on Nov 19, 2004

Dated: November 19, 2004