UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL SPRINKLER COMPANY <br><br> and <br><br> TYCO INTERNATIONAL (US) INC., <br><br> Defendants. | CIVIL ACTION NO. 04-12455-RWZ |

**DEFENDANTS' LOCAL RULE 7.3 CORPORATE DICLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendants Central Sprinkler Company and Tyco International (US) Inc. submit this corporate disclosure statement. The parent company of Central Sprinkler Company is Central Sprinkler Corporation. The parent company of Tyco International (US) Inc. is Unistrut Corporation. No publicly held company owns 10% or more of the stock of either Central Sprinkler Company or Tyco International (US) Inc.

        Respectfully submitted,
        CENTRAL SPRINKLER COMPANY
        TYCO INTERNATIONAL (US) INC.
        by their attorney,

/s/ Matthew J. Walko
Matthew J. Walko (BBO. No. 562172)
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: November 24, 2004

**CERTIFICATE OF SERVICE**

     I hereby certify pursuant to Fed. R. Civ. P. 5 that a true copy of this Corporate Disclosure Statement was served upon counsel of record for all adverse parties by first class mail, postage prepaid on this the 24th day of November, 2004, as follows:

Thomas J. Barrett, Esq.
314 Essex Street
Salem, Massachusetts 01970

/s/_____
Matthew J. Walko
BBO. No. 562172