MAS-20030312  
collins

**Commonwealth of Massachusetts**  
**ESSEX SUPERIOR COURT**  
Case Summary  
Civil Docket

11/30/2004  
11:35 AM

FILED AT CLERKS OFFICE

### ESCV2004-02006
### The Great Hill Cooperative Homeowners Corporation v Central Sprinkler Company et al

U.S. DISTRICT COURT  
DISTRICT OF MASS.

| File Date   | 11/02/2004 | Status    | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 11/30/2004 | Session   | B - Civil-CtRm 1 (Newburyport) |
| Origin      | 1          | Case Type | D08 - Minority stockholder suit |
| Lead Case   |            | Track     | A |

| Service  | 01/31/2005 | Answer      | 04/01/2005 | Rule12/19/20 | 04/01/2005 |
|---|---|---|---|---|---|
| Rule 15  | 01/26/2006 | Discovery   | 12/22/2006 | Rule 56      | 02/20/2007 |
| Final PTC| 06/20/2007 | Disposition | 11/02/2007 | Jury Trial   | Yes |

### PARTIES

**Plaintiff**  
The Great Hill Cooperative Homeowners Corporation  
Active 11/02/2004

**Private Counsel 030960**  
Thomas J Barrett  
314 Essex Street  
Salem, MA 01970  
Phone: 978-745-0745  
Fax: 978-741-9958  
Active 11/02/2004 Notify

**Defendant**  
Central Sprinkler Company  
Served: 11/05/2004  
Served (answr pending) 11/05/2004

**Defendant**  
Tyco International (U.S.), Inc.  
Served: 11/05/2004  
Served (answr pending) 11/05/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 11/02/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 11/02/2004 |     | Origin 1, Type D08, Track A. |
| 11/09/2004 | 2.0 | SERVICE RETURNED: Tyco International (U.S.), Inc.(Defendant) |
| 11/09/2004 | 3.0 | SERVICE RETURNED: Central Sprinkler Company(Defendant) |
| 11/29/2004 | 4.0 | Notice for Removal to the United States District Court filed by Tyco International (U.S.), Inc., filed 11/23/04 |
| 11/30/2004 |     | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

FILED
COMMONWEALTH OF MASSACHUSETTS CLERKS OFFICE
ESSEX, ss                                                     Superior Court

2004 DEC -3  P 3: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, Plaintiff | ) ) ) ) | |
| v. | ) ) | COMPLAINT |
| CENTRAL SPRINKLER COMPANY And TYCO INTERNATIONAL (U.S.), INC., Defendants | ) ) ) ) ) | |

A TRUE COPY, ATTEST
— DEPUTY ASST. CLERK

## I. PARTIES

1. The Plaintiff is The Great Hill Cooperative Homeowners Corporation, a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, having an usual place of business at One Great Hill Drive, Topsfield, Essex County, Massachusetts (hereinafter "Great Hill"). It is a housing cooperative entity.

2. The Defendant is Central Sprinkler Company, a corporation duly organized and existing under the laws of the State of Pennsylvania, having an usual place of business at 451 North Cannon Avenue, Lansdale, Pennsylvania. Said Corporation is a registered foreign corporation in the Commonwealth of Massachusetts having a Registered Agent, CT Corporation System, 101 Federal Street, Boston, Suffolk County, Massachusetts, (hereinafter "Central").

3. The Defendant is TYCO International (US) Inc., a corporation duly organized and existing under the laws of the State of Nevada, having an usual place of business at 1 Tyco Park, Exeter, New Hampshire. Said Corporation is a registered foreign corporation in the Commonwealth of Massachusetts, having as its Registered Agent, CT Corporation System, 101 Federal Street, Boston, Suffolk County, Massachusetts (hereinafter, "TYCO").

## II. BACKGROUND

4. The Plaintiff is the record title property owner of land and residential buildings in Topsfield, Massachusetts. The individual units of housing at said property are units which are individually occupied by owners of shares of stock in said Corporation. Each owner as an incident of the ownership of said share of stock has a Residency Agreement for his or her or their individual unit and said Residency Agreement is recorded in a Notice of Lease at Essex South District Registry of Deeds.

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# **ESCV2004-02006-B**

RE: **The Great Hill Cooperative Homeowners Corporation v Central Sprinkler Company et al**

TO: Thomas J Barrett, Esquire
314 Essex Street
Salem, MA 01970

A TRUE COPY, ATTEST

_____
DEPUTY ASST. CLERK

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 01/31/2005 |
| Response to the complaint filed (also see MRCP 12) | 04/01/2005 |
| All motions under MRCP 12, 19, and 20 filed | 04/01/2005 |
| All motions under MRCP 15 filed | 01/26/2006 |
| All discovery requests and depositions completed | 12/22/2006 |
| All motions under MRCP 56 served and heard | 02/20/2007 |
| Final pre-trial conference held and firm trial date set | 06/20/2007 |
| Case disposed | 11/02/2007 |

The final pre-trial deadline is **not the scheduled date of the conference.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session B sitting **in CtRm 1 (Newburyport), Essex Superior Court.**

Dated: 11/02/2004

Thomas H. Driscoll Jr.
Clerk of the Courts

BY: JoDee Doyle - Sheila Gaudette
Assistant Clerk

Location: CtRm 1 (Newburyport)
Telephone: (978) 462-4474

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website for status of case: http://ma-trialcourts.org/tcic

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                     SUPERIOR COURT
                                                               CIVIL ACTION
                                                               No.

The Great Hill Cooperative Homeowners Corporation, Plaintiff(s)

v.

Central Sprinkler Company and TYCO International (U.S.) Inc., Defendant(s)

## SUMMONS

To the above named Defendant: Central Sprinkler Company

You are hereby summoned and required to serve upon Thomas J. Barrett, Esquire, plaintiff's attorney, whose address is 314 Essex Street, Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Newburyport either before service upon plaintiff's attorney or within a reasonable time thereafter.

High Street, Newburyport, MA 01950

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Barbara J. Rouse**
WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the
5th day of November, in the year of our Lord two thousand four

A TRUE COPY
DEPUTY A...

*[signature]*
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

THE GREAT HILL COOPERATIVE
HOMEOWNERS CORPORATION,

Plaintiff

v.

CENTRAL SPRINKLER COMPANY,

and

TYCO INTERNATIONAL (US) INC.,

Defendants

CIVIL ACTION NO. 04-2016

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

## NOTICE OF REMOVAL

Defendants Central Sprinkler Company and Tyco International (US) Inc., pursuant to 28 U.S.C. § 1441 and § 1446, jointly remove the civil action commenced against them in the Trial Court of the Commonwealth of Massachusetts, Superior Court Department, Essex Division by Plaintiff The Great Hill Cooperative Homeowners Corporation where it is captioned as <u>The Great Hill Cooperative Homeowners Corporation v. Central Sprinkler Company & Tyco International (U.S.), Inc.</u>, Civil Action No. ESCV 2004-02006-B, to the United States District Court for the District of Massachusetts, Eastern Division, which is the district and division embracing the place where such action is now pending, for the following reasons:

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 and § 1446. There is complete diversity of citizenship between the parties, none of the defendants is a citizen of the Commonwealth of Massachusetts, and Plaintiff The Great Hill Cooperative Homeowners

Corporation ("Great Hill") claims damages in an amount reasonably probable to exceed of seventy-five thousand dollars ($75,000) exclusive of interests and costs.

2. Great Hill commenced this breach of warranty and declaratory judgment action on or about November 2, 2004 against Central Sprinkler Company ("Central Sprinkler") and Tyco International (US) Inc. ("Tyco") claiming that Central Sprinkler and Tyco are jointly and severally liable for property damage caused by breaches of warranty with respect to the sale of sprinkler heads in violation of Massachusetts General Laws ch. 106, § 2-314.

3. Defendants first received notice of Great Hill's action by service or otherwise through their receipt of a copy of the summons and complaint that was served upon CT Corporation System, 101 Federal Street, Boston, Massachusetts 02110 on November 5, 2004, less than thirty days from the date of this Notice

4. The plaintiff Great Hill is a citizen of Essex County, Commonwealth of Massachusetts because it is a Massachusetts corporation with its principal place of business at One Great Hill Drive, Topsfield, Essex County, Massachusetts. The defendant Central Sprinkler is a citizen of the State of Pennsylvania because it is a Pennsylvania business corporation with its principle place of business at 451 North Cannon Avenue, Landsdale, Montgomery County, Pennsylvania. The defendant Tyco is a citizen of the State of Nevada and the State of New Jersey because it is a Nevada business corporation with its principle place of business at 9 Roszel Road, Princeton, New Jersey. See 28 U.S.C. § 1132(c)(1).

5. Great Hill claims damages of an amount in controversy that exceeds $75,000.00 exclusive of interest and costs because Great Hill claims monetary damages of $125,000.00 as certified on the Civil Action Cover Sheet filed by Great Hill in Essex Superior Court, a copy of which is attached to this Notice of Removal.


A TRUE COPY ATTEST
DEPUTY ASST. CLERK

6. Both defendants join in this Notice of Removal.

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, Defendants attach to this Notice of Removal at Exhibit A true copies of Great Hill's complaint and all process, pleadings and orders served upon Defendants and a copy of all docket entries of the Essex Superior Court.

Respectfully submitted,

CENTRAL SPRINKLER COMPANY

TYCO INTERNATIONAL (US) INC.

by their attorney,

Matthew J. Walko
BBO. No. 562172

SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: November 19, 2004

### CERTIFICATE OF SERVICE

I hereby certify pursuant to Fed. R. Civ. P. 5 and 28 U.S.C. § 1446(d) that a true copy of this Notice of Removal was served upon counsel of record for all adverse parties and a true copy of this Notice of Removal was served for filing with the Clerk of the Trial Court of Massachusetts, Superior Court Department, Essex Division at Newburyport by first class and certified mail, postage prepaid on this the 19th day of November, 2004, as follows:

Thomas J. Barrett, Esq.
314 Essex Street
Salem, Massachusetts 01970

Civil Clerk
Trial Court of Massachusetts
Essex Superior Court
High Street
Newburyport, Massachusetts 01950

Matthew J. Walko
BBO. No. 562172

2