UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

THE GREAT HILL COOPERATIVE
HOMEOWNERS CORPORATION,

    Plaintiff,

vs.   :   CIVIL ACTION NO. 04-12455-RWZ

CENTRAL SPRINKLER COMPANY

and

TYCO INTERNATIONAL (US) INC.,

    Defendants.

---

## LOCAL RULE 16.1 JOINT STATEMENT OF THE PARTIES

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court of the District of Massachusetts, Plaintiff The Great Hill Cooperative Homeowners Corporation ("Great Hill") and Defendants Central Sprinkler Company ("Central") and Tyco International (US) Inc. ("TIUS") submit this joint statement and proposed pretrial schedule.

**I.   Statement Pursuant to Local Rule 16.1(B)**

Counsel for Great Hill, Central and TIUS state that they have conferred on December 23, 2004, pursuant to Local Rule 16.1(B), for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judge.

**II.   Statement Pursuant to Local Rule 16.1(C)**

The parties state that they have discussed settlement proposals and that as a result of these discussions have agreed that TIUS be dismissed from this action without prejudice, but otherwise have been unable to resolve this dispute at this time.

### III. Joint Statement Pursuant to Local Rule 16.1(D)

The parties propose the following schedule for discovery and pretrial procedure:

| Phase 1 – Discovery Needed To Assess Case | |
|---|---|
| Event | Completion or Service Date |
| Central's Rule 26(a)(1) Initial Disclosures | December 30, 2004 |
| Great Hill's Rule 26(a)(1) Initial Disclosures | January 24, 2005 |
| Proposed Stipulated Confidentiality Order Submitted | January 20, 2005 |
| Written Discovery Concerning Damages and Identity of Sprinkler Installer, Maintenance and Repair Contractors Served | January 28, 2005 |
| Defendant's Initial Inspection of Common Areas, Valve Room and Representative Units with Counsel, Company Representative and Expert(s) | February 4, 2005 |
| Written Discovery Concerning Other Potential Defendants Served | March 11, 2005 |
| Answers to Written Discovery Concerning Damages, Identity of Sprinkler Installer, Maintenance and Repair Contractors, and Other Potential Defendants Due | March 11, 2005 |
| Deposition of Sprinkler Installer, Maintenance and Repair Contractors Completed | April 29, 2005 |
| Mediation Completed | May 13, 2005 |
| **Phase 2 – Discovery Needed To Prepare for Trial** | |
| Other Written Discovery Served | June 3, 2005 |
| Answers to Other Written Discovery Served | July 29, 2005 |
| Completion of Fact Witness Depositions | September 30, 2005 |
| Plaintiff's Disclosure of Expert Witness Reports | November 15, 2005 |
| Defendant's Disclosure of Expert Witness Reports | December 30, 2005 |
| Completion of Expert Depositions | February 17, 2006 |
| **Schedule for Motions** | |
| Motions to Join Parties or Add Third-Party Defendants Served | March 31, 2005 |
| Service of Motions for Summary Judgment | March 17, 2006 |
| Service of Responses to Summary Judgment Motions | April 14, 2006 |
| **Schedule for Trial** | |
| Final Pre-Trial Conference | May 19, 2006 |

The parties further agree that the nature and number of discovery events shall be governed by Fed. R. Civ. P. 30(d) and Local Rule 26.1(C) (10 depositions by each side of 7 hours each, 25 interrogatories, 25 requests for admissions, 2 separate sets of requests for

2

production of documents). Either party may file an appropriate motion seeking relief from the limitations on discovery contained in the Federal Rules of Civil Procedure or the Local Rules.

### IV. Additional Discovery Issues Pursuant to Fed.R.Civ.P. 26(f)(4)

The parties agree that a stipulated confidentiality order should govern the production of documents.

### V. Trial by U.S. Magistrate Judge

The parties do not consent to trial by United States Magistrate Judge.

### VI. Certifications of Parties and Counsel Pursuant to Local Rule 16.1(D)

The parties' certifications complying with Local Rule 16.1(D)(3) will be submitted with this Joint Statement.

Respectfully submitted,

| The Great Hill Cooperative Homeowners Corporation | Central Sprinkler Company Tyco International (US) Inc. |
|---|---|
| by its attorney, | by their attorney, |
| *Thomas J Barrett* per telephone | *Matthew J Walko* /s/ |
| Thomas J. Barrett, Esq. | Matthew J. Walko |
| BBO No. 030960 | BBO No. 562172 |
| 314 Essex Street | SMITH & DUGGAN LLP |
| Salem, Massachusetts 01970 | Two Center Plaza, Suite 620 |
| (978) 745-0745 | Boston, Massachusetts 02108-1906 |
| | (617) 228-4400 |
| Dated: January 10, 2005 | Dated: December 23, 2004 |