UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

THE GREAT HILL COOPERATIVE
HOMEOWNERS CORPORATION,

    Plaintiff,

vs.

CENTRAL SPRINKLER COMPANY,

    Defendant.

CIVIL ACTION NO. 04-12455-RWZ

---

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court of the District of Massachusetts, the defendant Central Sprinkler Company ("Central") certifies and affirms that Central and Central's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Central Sprinkler Company
by,

_____
Carmine Schiavone
Vice President of General Services
92 Towamencin Ave.
Lansdale, Pennsylvania 19446

Dated: January 7, 2005

Central Sprinkler Company
by its attorney,

_____
Matthew J. Walko
BBO No. 562172
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: January 7, 2005