## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs. | :     CIVIL ACTION NO. 04-12455-RWZ <br> : |
| CENTRAL SPRINKLER COMPANY | : <br> : |
| and | : <br> : |
| TYCO INTERNATIONAL (US) INC., | : <br> : |
| Defendants. | : <br> : |

## STIPULATION OF DISMISSAL OF TYCO INTERNATIONAL (US) INC.

Plaintiff The Great Hill Cooperative Homeowners Corporation and Defendants Central Sprinkler Company and Tyco International (US) Inc. hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that Tyco International (US) Inc. be dismissed from this action, without prejudice.

Respectfully submitted,

The Great Hill Cooperative Homeowners Corporation

Central Sprinkler Company
Tyco International (US) Inc.

by its attorney,

by their attorney,

_____
Thomas J. Barrett, Esq.
BBO No. 030960
314 Essex Street
Salem, Massachusetts 01970

_____
Matthew J. Walko
BBO No. 562172
SMITH & DUGGAN LLP
Two Center Plaza, Suite 620
Boston, Massachusetts 02108-1906
(617) 228-4400

Dated: ___1-10-05·_____

Dated: December 20, 2004