UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, : : : Plaintiff, : : vs. : CIVIL ACTION NO. 04-12455-RWZ : CENTRAL SPRINKLER COMPANY, : : Defendant. : | |

### DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER

For good cause shown and in the interests of justice, the defendant Central Sprinkler Company ("Central") moves the Court pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Local Rule 26.2(B) to amend and extend interim scheduling order deadlines with respect to the date by which (a) motions to join parties or add third-party defendants should be served and (b) depositions of the sprinkler installer, maintenance and repair contractors are to be completed. The plaintiff The Great Hill Cooperative Homeowners Corporation (Great Hill) for various reasons has yet to provide its initial disclosures or respond to Central's document requests or interrogatories. Delay in this essential discovery has undermined the justification for the current discovery plan and prevents Central from undertaking a fair analysis of the issues that need to be addressed before a third-party can be joined or pertinent witnesses identified and deposed. Moreover, Central has made a comprehensive proposal to Great Hill for the voluntary resolution of this action to which it is still awaiting a response.

For these reasons and those set forth in the accompanying memorandum, Central requests that these deadlines be extended by ninety days or by such other fair and reasonable time as the

Court determines at the further scheduling conference now set for May 4, 2005 at 2:30 p.m. in Courtroom 12.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Central Sprinkler Company by, | Central Sprinkler Company by its attorney, |
| *Carmine Schiavone* (per telephone consent 3/31) | *Matthew J. Walko* |
| Carmine Schiavone<br>Vice President of General Services<br>92 Towamencin Ave.<br>Lansdale, Pennsylvania 19446 | Matthew J. Walko<br>BBO No. 562172<br>SMITH & DUGGAN LLP<br>Two Center Plaza, Suite 620<br>Boston, Massachusetts 02108-1906<br>(617) 228-4400 |
| Dated: March 31, 2005 | Dated: March 31, 2005 |

## Local Rule 7.1(A)(2) Certification

The undersigned certifies that he has conferred in good faith with counsel for Great Hill by telephone conference on March 8, 2005 to resolve or reach agreement on the issues raised in this motion, that Great Hill's counsel recognized Central's concerns and agreed to continue to work with his clients to provide requested disclosure and discovery information, but that the temporary absence from the state of certain important witnesses and the current involvement of Great Hill's counsel in the midst a complex two-week trial have prevented counsel from conferring to reach an agreement on the content of this motion.

*Matthew J. Walko*
Matthew J. Walko (BBO No. 562172)

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on March 31, 2005
*Matthew J. Walko*