UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION, </br></br>Plaintiff,</br></br>v.</br></br>CENTRAL SPRINKLER COMPANY</br></br>Defendant. | Civil Action NO. 04-12455-RWZ |

**UNOPPOSED MOTION TO ADMIT ATTORNEY MELISSA D. RODRIGUEZ**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3**

In accordance with Local Rule 83.5.3 of the United States District Court for the District of Massachusettes, Defendant Central Sprinkler Company, by the undersigned herby moves to admit Melissa D. Rodriguez to practice in this Court in the above-entitled action, and in support thereof states as follows:

1. Matthew J. Walko is duly admitted to this Court and has filed an appearance in this action.

2. In support of this Motion, attached hereto is the Certificate of Melissa D. Rodriguez, which comports with the requirements of Rule 83.5.3 in that:

   a. Ms. Rodriguez is a member in good standing in every jurisdiction in which she is admitted to practice;

   b. There are no disciplinary proceedings pending against Ms. Rodriguez in any jurisdiction; and

   c. Ms. Rodriguez has obtained copies of and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    d. The fifty-dollar filing fee for this motion has been forwarded to the Clerk on this date by first class mail.

    e. Counsel for the plaintiff has indicated that he has no opposition to the allowance of this motion.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

In accordance with Local Rule 7.1(A)(2), I, Matthew J. Walko, attorney for Defendant Central Sprinkler Company, hereby certify that I have conferred in good faith with counsel for Plaintiff with respect to the foregoing Motion and he has indicated that he does not oppose it.

            Respectfully Submitted,

            CENTRAL SPRINKLER COMPANY
            by its attorney,

            */s/Matthew J. Walko*
            _____
            Matthew J. Walko (BBO. No. 562172)
            SMITH & DUGGAN LLP
            Two Center Plaza, Suite 620
            Boston, Massachusetts 02108-1906
            (617) 228-4400

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that that a true and correct copy was served upon counsel of record for all adverse parties by first class mail, postage prepaid on this the 29th day of August 2005, as follows:

Thomas J. Barrett, Esq.
314 Essex Street
Salem, Massachusetts 01970

/s/ *Matthew J. Walko*

Matthew J. Walko
BBO. No. 562172

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| THE GREAT HILL COOPERATIVE HOMEOWNERS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>CENTRAL SPRINKLER COMPANY<br><br>Defendant. | Civil Action NO. 04-12455-RWZ |

### AFFIDAVIT OF MELISSA RODRIGUEZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Melissa Rodriguez, Esquire duly sworn, deposes and states:

1. I am a lawyer in the law firm of Shook, Hardy & Bacon, LLP. My office telephone number is (816) 559-2026; my office fax number is (816) 421-5547.

2. I have been admitted to practice in the following Courts: Missouri state courts and the United States District Court for the Western District of Missouri.

3. I am currently an attorney in good standing and eligible to practice in the Courts of Missouri.

4. I am not currently suspended in or disbarred from any jurisdiction. Nor have I ever been suspended in or disbarred from any jurisdiction.

5. There are no disciplinary matters pending against me. Nor have there ever been any disciplinary matters pending against me.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

1693725v1

Signed under the pains and penalties of perjury,

_____
Melissa D. Rodriguez, Esq.

Sworn to and subscribed before me

this 3rd day of August, 2005.

_____
Notary Public
My Commission Expires: 1-9-09

```
KELSIE L. McCREA
Notary Public - Notary Seal
Commission # 05407617
STATE OF MISSOURI
CASS COUNTY
MY COMMISSION EXPIRES JAN. 9, 2009
```

2

1693725v1

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 29, 1995,

### Melissa Darrow Rodriquez

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 26th day of July, 2005.

_____
Clerk of the Supreme Court of Missouri