UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| THE GREAT HILL COOPERATIVE ) <br> HOMEOWNERS CORPORATION, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CENTRAL SPRINKLER COMPANY ) <br> And ) <br> TYCO INTERNATIONAL (U.S.), INC., ) <br> Defendants ) | Civil Action No. 04-12455-RWZ |

### Motion to Extend Discovery Deadline

Now come the parties hereto and move that this Honorable Court extend the period for Discovery until March 31, 2006. As reasons therefore the parties assign that both parties have been endeavoring to settle the matter and have had experts examine the sprinkler system and sprinkler heads and fittings at the Plaintiff's property. Other than Defendant's Interrogatories and Request for Production of Documents from which have been duly answered and Defendant's supply of a disk purporting to be an identification of documents held in storage by the Defendants which has been made available to the Plaintiff, neither party has conducted any necessary discovery or depositions to conserve costs. The requested time would allow the parties such time in the event settlement is not reached.

Attorney for the Plaintiff,

Thomas J. Barrett
Thomas J. Barrett P.C.
Counselor at Law
314 Essex Street
Salem, MA 01970

Attorney for the Defendant,

Matthew J. Walko by T.J.B.
Matthew J. Walko
Smith & Duggan LLP
Two Center Plaza
Sixth Floor
Boston, MA 02108-1906

December 30, 2005