UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Great Hill Cooperative Homeowner's Corporation
    Plaintiff

V.    CIVIL CASE NO. 04-12455-RWZ

Central Sprinkler Company
    Defendant

### NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a Mediation Hearing on June 13, 2006 at 10:00 A.M. before Magistrate Judge Marianne B. Bowler in Courtroom # 25.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs ARE REQUIRED TO BE SUBMITTED TO THE COURT VIA FACSIMILE at (617) 204-5833 AT LEAST TWO BUSINESS DAYS PRIOR to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

4/7/2006              By: /s/ Marc K. Duffy, Esq.
  Date                     Deputy Clerk

(ADR NOTICE (Great Hill).wpd - 3/7/2005)