**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
|   Great Hill Co-Op Homeowners Corp.   <br> Plaintiffs <br><br> V. <br><br>   Central Sprinkler Co.   <br> Defendant | CIVIL ACTION <br> NO.   04-12455-RWZ   |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     Zobel    

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   6/13/2006   I held the following ADR proceeding:

    _____   SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_\_   MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____   MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____].

The parties were present in person, or by an authorized officer. [except_____].

The case was:

[X]   Settled. Your clerk should enter a \_60\_ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____

|    06/13/2006    |    Marianne B. Bowler, USMJ    |
|---|---|
| DATE | ADR Provider |

(ADR Report (Great Hill).wpd - 4/12/2000)           [adrrpt.]